```
 1 | DANIEL J. BRODERICK, #89424
   | Federal Defender
 2 | JEFFREY L. STANIELS, Bar #91413
   | Assistant Federal Defender
 3 | Designated Counsel for Service
   | 801 I Street, 3rd Floor
 4 | Sacramento, California 95814
   | Telephone: (916) 498-5700
 5 |
 6 |
   | Attorney for Defendant
 7 | HUMBERTO ROMAN-CASTRO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-014-GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING CASE |
| ) | |
| MIGUEL HUMBERTO ROMAN-CASTRO, ) | Date:  March 7, 2008 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the status conference scheduled for March 7, 2008, be continued until March 21, 2008 at 9:00 a.m. at the request of the defense, This continuance is sought in order to permit further consultation with Mr. Roman-Castro with respect to a recently received offer to resolve the case.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between March 6, 2008 and March 21, 2008,

pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

**IT IS SO STIPULATED.**

Dated: March 6, 2008                     /S/ Michael Beckwith
                                         MICHAEL BECKWITH
                                         Assistant United States Attorney
                                         Counsel for Plaintiff


Dated: March 6, 2008                     /S/ Jeffrey L. Staniels
                                         JEFFREY L. STANIELS
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         MIGUEL HUMBERTO ROMAN-CASTRO


                              O R D E R

**IT IS SO ORDERED.**

                    By the Court,

Dated:  March 6, 2008

                         _____
                         GARLAND E. BURRELL, JR.
                         United States District Judge

Stipulation and Order              -2-