**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**

*Daniel J. Broderick*                    (916) 498-5700  Fax: (916) 498-5710                    *Linda C. Harter*
*Federal Defender*                                                                               *Chief Assistant Defender*


# M E M O R A N D U M

DATE:       August 7, 2008

TO:         Shani Furstenau
            Deputy Clerk

CC:         Michael Beckwith
            Jason Hitt
            Asst. U.S. Attorneys

FROM:       Jeffrey Staniels
            Asst. Federal Defender

SUBJECT:    U.S. v. Roman-Castro
            2:08-cr-014 GEB

---

Based on the need for one further continuance in order to finalize consideration of outstanding sentencing factors, and due to the unavailability of counsel for both parties during portions of the next three weeks, the parties jointly request that sentencing in the above case be continued from **August 8, 2008**, until **August 29, 2008**, on the court's regular calendar for that date.

In light of the anticipated discussion of sentencing issues, the defense requests that the matter be taken up last on the court's calendar.


### O R D E R

**IT IS SO ORDERED**.

                    By the Court,

Dated:  August 7, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge