HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MIGUEL HUMBERTO ROMAN-CASTRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S 08-14 GEB |
| Plaintiff, | **STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| MIGUEL HUMBERTO ROMAN-CASTRO, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | Judge: Honorable GARLAND E. BURRELL, Jr. |

Defendant, MIGUEL HUMBERTO ROMAN-CASTRO by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.     Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.     On August 29, 2008, this Court sentenced Mr. Roman-Castro to a term of 100 months imprisonment;

3.     His total offense level was 33, his criminal history category was III, the resulting guideline range was 168 to 210 months, and he received a reduction from the low end of the applicable guideline range on the government's motion;

4. The sentencing range applicable to Mr. Roman-Castro was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Roman-Castro's total offense level has been reduced from 33 to 31, and his amended guideline range is 135 to 168 months; a reduction comparable to the one received at the initial sentencing would produce a term of 81 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Roman-Castro's term of imprisonment to a total term of 81 months.

Respectfully submitted,

Dated:  December 22, 2014                                Dated:   December 22, 2014

BENJAMIN B. WAGNER                                HEATHER E. WILLIAMS
United States Attorney                                      Federal Defender


 /s/ *Jason Hitt*                                                   /s/ *David M. Porter*
JASON HITT                                                      DAVID M. PORTER
Assistant U.S. Attorney                                     Assistant Federal Defender

Attorney for Plaintiff                                           Attorney for Defendant
UNITED STATES OF AMERICA                       MIGUEL HUMBERTO ROMAN-CASTRO

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Roman-Castro is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 135 to 168 months.  A reduction comparable to the one received at the initial sentencing would produce a term of 81 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in August 2008 is reduced to a term of 81 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

1 reduction in sentence, and shall serve certified copies of the amended judgment on the United
2 States Bureau of Prisons and the United States Probation Office.
3   Unless otherwise ordered, Mr. Roman-Castro shall report to the United States Probation
4 Office within seventy-two hours after his release.
5 Dated: December 23, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge